In the Matter of CONNOR'S 207, INC., Petitioner, against NEW YORK STATE LIQUOR AUTHORITY, Respondent.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., M. M. Frank, McNally, Stevens and Bastow, JJ.

## SECOND DEPARTMENT, FEBRUARY, 1960

## (February 1, 1960)

RECTOR, CHURCHWARDENS AND VESTRYMEN OF THE CHURCH OF THE HOLY TRINITY, BROOKLYN, Appellants, v. MANUFACTURERS TRUST COMPANY et al., Defendants, and LEWIS G. REYNOLDS et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ.

PATSY BENEDETTO, Doing Business as B & G LIQUOR STORE, Respondent, v. JOHN M. O'GRADY, Individually and as President of Wine & Liquor Store Employees Union, Local 122, AFL–CIO, et al., Appellants.— Appeal (1) from so much of a judgment entered after trial as enjoined appellants from, *inter alia*, picketing respondent's place of business, (2) from the findings of fact and conclusions of law set forth in the decision, and (3) from an order denying appellants' motion to dismiss the complaint. Respondent brought this action on the ground that the picketing by appellants was for the unlawful labor objective of compelling respondent to sign a contract with appellant union as the representative of respondent's employees when said union concededly did not represent a majority of such employees. Judgment insofar as appealed from and order unanimously affirmed, with one bill of costs. No opinion. Appeal from findings of fact and conclusions of law dismissed, without costs. No appeal lies therefrom. Present — Nolan, P. J., Beldock, Ughetta and Kleinfeld, JJ. [14 Misc 2d 46.]

EDNA G. CARRARA, as Sole Surviving Executrix of CHARLES CARRARA, Deceased, Appellant, v. JOSEPH CARRARA, Respondent.— In an action to foreclose a mortgage on real property, the appeal is from an order denying a motion for summary judgment striking out the answer and counterclaim. The learned Special Term held that a triable issue of fact was presented as to whether there was any consideration given for the mortgage. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.